UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSITY OF SOUTHERN CALIFORNIA, | Case No. 2:25-cv-8461-SSC |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| FIDELIS CARE, et al., | |
| Defendants. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: November 26, 2025

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE